UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-111-1H

UNITED STATES OF AMERICA    )
                            )
            v.              )        ORDER
                            )
PHILLIP ALEXANDER WILLIAMS  )

Upon the unopposed motion of the Government and for good cause

shown, it is hereby ORDERED that Docket Entry 55 be sealed until

further order of this Court.

This the ___3rd___  day of __November 2015.__

MALCOLM J. HOWARD
Senior United States District Judge