UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-111-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| PHILLIP ALEXANDER WILLIAMS | |

On motion of the Defendant, Phillip Alexander Williams, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #111 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the 30th day of March 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge