UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-111-1H
    5:15-CR-111-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP ALEXANDER WILLIAMS | ) | |
| MARQUIZE MARCEL HARRIS | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that cash proceeds retained by the Goldsboro Police Department as evidence in this matter may be released and returned to KS Bank.

This the 5th day of December 2017.

MALCOLM J. HOWARD
Senior United States District Judge