IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-111-D
No. 5:18-CV-505-D

| | |
|---|---|
| PHILLIP ALEXANDER WILLIAMS, )<br>           Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>           Respondent. ) | O R D E R |

For good cause having been shown on Respondent's Motion to Respond Out of Time and for Extension of Time, it is hereby

ORDERED that Respondent is allowed to respond out of time to Petitioner's motion to amend, [D.E. 162], and any other currently pending post-conviction motion requiring response, and is allowed up to and including December 9, 2021, in which to do so.

This __12__ day of November, 2021.

                                                  JAMES C. DEVER III
                                                  United States District Judge